

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2022

No. 04-22-00038-CV

**IN THE ESTATE OF EMILY D. PRIETO**, Deceased

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2008-PB7-000086L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice

Appellee's brief was originally due by August 8, 2022, and when it was not filed, we notified appellee's attorney of record of the deficiency on August 18, 2022. We instructed appellee's attorney to file a response by August 28, 2022 with a reasonable explanation for failing to timely file the brief. On August 26, 2022, appellee's attorney, Ryan Solis, filed a response, stating he did not represent appellee on appeal. Accordingly, on September 6, 2022, we advised appellee if he wished to file a brief, he must file his brief by October 6, 2022. It later came to our attention our September 6, 2022 order was not addressed to appellee's last known address, and on October 26, 2022, we notified appellee at his last known address of his past due briefing deadline. On November 4, 2022, appellee filed an "Appearance of Counsel, Response to Notice of Failure to Timely File Brief and First Motion for Extension of time to File Brief." Counsel explained appellee had been confused regarding his briefing deadline and requested a 120-day extension to file a brief. Appellant filed a response opposing the extension. After consideration, we **grant in part** appellee's request for an extension and **order** appellee to file his brief **by January 17, 2023.**

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2022.



Michael A. Cruz,
Clerk of Court